UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 09-19-FJP-DLD

REGINALD L. SPEARS

**NOTICE TO COUNSEL**

The Court has received a letter dated March 3, 2010,[1] from the Assistant Public Defender which states the defendant, Reginald L. Spears, does not wish Mr. Peter John to represent him. Five days later, the Court received a motion from Mr. Peter John which in one part seems to indicate that he can represent the defendant, and in other parts he suggests he has a conflict.

Mr. Peter John also seems to want the Court to determine whether he can remain a member of the bar. There are two different issues here: (1) whether Peter John can represent the defendant in accordance with the standards set forth in *Strickland v. Washington*, 466 U.S. 668 (1984); and (2) whether Peter John can remain a member of the bar of the Middle District of Louisiana or whether he should be suspended and/or disbarred from the bar of the Middle District.

Despite the Court's very specific orders, Mr. John has not

---

[1] Rec. Doc. No. 80.

Doc#46645
 CC:  Reginald Spears
      AFPD-Upton

followed the Court's order which required him to file a motion to determine his eligibility to remain as a member of the bar. Once again, the Court is advising Mr. John that the Court will conduct a hearing on his right to remain as a member of the bar of the Middle District and attach such evidence in support of his request which he desires.

The Court has not yet suspended Mr. John and will grant him a hearing by this Judge or even an en banc hearing should he so request. The motion to remain as a member of the bar of the Middle District must be filed in a separate case and shall be filed on or before March 19, 2010. If no such motion is filed, the Court will review the matter on the basis of what is now in the record.

A copy of this notice shall be sent to the defendant, Assistant Public Defender Mark Upton, in addition to counsel of record.

IT IS SO ORDERED.

Baton Rouge, Louisiana, March 10, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA