UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                     CRIMINAL NO. 09-19-FJP-DLD

REGINALD L. SPEARS

### RULING

This matter is before the Court on the motion of Reginald L. Spears to dismiss the indictment brought against him.[1] The government has filed an opposition.[2] The defendant claims his Sixth Amendment right to confrontation was violated because he was not allowed to confront "a knife" which the officers removed from his pants at the time of his arrest.

It is clear that the confrontation clause is limited to witnesses who testify against a defendant and does not encompass physical evidence such as a knife.[3]

Furthermore, the officer who removed the knife testified at the hearing on the motion to suppress and was fully cross-examined by the defendant's counsel. Should this matter go to trial, the defendant's attorney will again be allowed an opportunity to cross-

---

[1] Rec. Doc. No. 106.

[2] Rec. Doc. No. 111.

[3] *U.S. v. Herndon*, 536 F.2d 1027 (5th Cir. 1976).

Doc#47018

examine the officer.

For the reasons set forth above, defendant's motion to dismiss is denied.[4]

Baton Rouge, Louisiana, November 10, 2010.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[4] The Court has considered the contentions of the parties whether discussed herein or not.