UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL NO. 09-19-FJP-DLD

VERSUS

REGINALD L. SPEARS

**OPINION**

This matter is before the Court on the motion of the defendant, Reginald Spears, to withdraw his notice of intent to use insanity as a defense.[1]  The Government has opposed the motion.[2]  Defendant's motion is denied.

It was the Court's understanding at the time it entered its order that counsel for the defendant was concerned about the mental competency of the defendant to stand trial.  The Court ordered an examination to determine the defendant's competency to stand trial.  On June 29, 2010, the Court ordered "that the defendant shall be examined separately by Dr. John Thompson, Jr. and Dr. Marc Zimmerman to determine if the defendant is **competent to stand trial and assist counsel in his defense.**"  This issue has not yet been resolved.  The fact that the defendant does not now want to use insanity as a defense does not resolve the question of whether he

---

[1] Rec. Doc. No. 115.

[2] Rec. Doc. No. 117.

Doc#47028

USM certified copy

is competent to stand trial. Considering the fact that no examinations have been performed locally as previously ordered by the Court, the Court will vacate the order appointing Dr. John Thompson, Jr. and Dr. Marc Zimmerman to examine the defendant.[3]

Instead, the Court hereby orders the defendant to be committed to the custody of the Bureau of Prisons pursuant to 18 U.S.C. § 4241(a) and (b) and 18 U.S.C. § 4242(a) for a period of 30 days to determine whether the defendant is competent to stand trial and assist counsel in his defense and for the further purpose of determining whether the defendant was insane at the time of the offense. The Bureau of Prisons shall then file a report pursuant to 18 U.S.C. § 4247(b).

IT IS SO ORDERED.

Baton Rouge, Louisiana, November 17, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

_____

[3]Rec. Doc. No. 104.